JOSEPH L. JENNINGS et al., Appellants, v. LAKE BALDWIN TAXPAYERS ASSOCIATION, INC., Respondent.— In an action by plaintiffs to compel defendant to remove a wire fence surrounding a beach area at Lake Baldwin, Putnam County, on the ground that it interferes with plaintiffs' right of access to the lake, the court found that plaintiffs were never restrained from using defendant's beach area, that defendant has never interfered with plaintiffs' access to the lake through gates in the fence leading to the beach area, and that the maintenance of the gates, unlocked, does not unreasonably interfere with plaintiffs' right of access to the lake or the beach areas. Plaintiffs appeal from so much of a judgment which dismisses their complaint after trial. Judgment, insofar as appealed from, unanimously affirmed, with costs. (*Peabody* v. *Chandler,* 42 App. Div. 384; *Blydenburgh* v. *Ely,* 161 App. Div. 91, affd. 220 N. Y. 641.) Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

ABE KAPLAN, Respondent, v. DORIS F. PALTROW, Appellant.— In an action by a vendee for specific performance of a contract for the sale of real property, the defendant appeals from an order denying her motion to vacate and set aside the judgment, entered after default at the trial, directing her to perform. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

MARCUS KRANTZ, Respondent, v. MICHAEL SALVIO et al., Appellants.— In an action for goods sold and delivered, defendants appeal from an order denying their motion to vacate the default judgment on the ground of nonservice of process. Order reversed, without costs, and motion granted to the extent of remitting the matter to Special Term for a hearing on the question of service of process on defendants. The facts presented on the motion were sufficiently conflicting to prevent determination of the question of service of process without a hearing. (*Dege* v. *Mascot Realty Corp.,* 243 App. Div. 546.) Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

ELIZABETH MANDEL et al., Appellants, v. PETER TESSLER, Respondent.— Action by plaintiff Elizabeth Mandel to recover damages for personal injuries and by her husband for medical expenses and loss of services. Plaintiffs appeal from a judgment dismissing their complaint on the merits, after trial by the court without a jury, on the ground that they failed to establish negligence on the part of defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.